# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated, <br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AVIVA LONDON ASSIGNMENT CORPORATION, AVIVA LIFE INSURANCE COMPANY, CGU INTERNATIONAL INSURANCE, plc, ATHENE HOLDING, LTD, ATHENE LONDON ASSIGNMENT CORPORATION and ATHENE ANNUITY AND LIFE COMPANY,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:15-cv-13022-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF JACK W. PIROZZOLO

The undersigned, Jack W. Pirozzolo of Sidley Austin LLP, hereby gives notice of his appearance as counsel for the Defendants Aviva London Assignment Corp., Aviva Life Insurance Company, Athene Holding, Ltd., Athene London Assigment Corp., and Athene Annuity and Life Company.

Dated: September 2, 2015　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Jack W. Pirozzolo*_____
　　　　　　　　　　　　　　　　　　　　　Jack W. Pirozzolo, BBO # 564879
　　　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　(617) 223-0304 (office)
　　　　　　　　　　　　　　　　　　　　　jpirozzolo@sidley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2015, a true and correct copy of the foregoing document was served on counsel of record via the Courts CM/ECF system.

                                      */s/ Jack W. Pirozzolo*
                                      Jack W. Pirozzolo