UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>AVIVA LONDON ASSIGNMENT CORPORATION, AVIVA LIFE INSURANCE COMPANY, CGU INTERNATIONAL INSURANCE, plc, ATHENE HOLDING, LTD., ATHENE LONDON ASSIGNMENT CORPORATION and ATHENE ANNUITY AND LIFE COMPANY,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:15-cv-13022-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendants Aviva London Assignment Corporation, Aviva Life Insurance Company, Athene Holding Ltd., Athene London Assignment Corporation, and Athene Annuity and Life Company provide the following information:

1. **Athene Holding Ltd. (Athene)** is a Bermuda holding company that is the parent company to Athene USA Corporation, an Iowa corporation. AP Alternative Assets, L.P., which is traded publicly on the Euronext exchange, owns through a series of intermediate subsidiary entities approximately 48% of the economic interest in Athene.

2. Athene USA Corporation is the parent company to Athene Annuity & Life Assurance Company, a Delaware corporation, which in turn is the parent company to **Athene Annuity and Life Company**, an Iowa corporation. **Aviva**

**Life Insurance Company** is now known as Athene Annuity and Life Company. **Athene London Assignment Corporation** is a Delaware corporation that is wholly owned by Athene USA Corporation. **Aviva London Assignment Corporation** is now known as Athene London Assignment Corporation. None of these companies is publicly traded. No publicly held corporation owns 10% or more of Athene Annuity and Life Company, Athene London Assignment Corporation, or Athene USA Corporation.

Dated: October 7, 2015                Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo, BBO # 564879
SIDLEY AUSTIN LLP
60 State Street
Boston, MA 02109
(617) 223-0300 (office)
(617) 223-0301 (fax)
jpirozzolo@sidley.com

Joel S. Feldman (*pro hac vice*)
jefldman@sidley.com
Hille R. Sheppard (*pro hac vice*)
hsheppard@sidley.com
Daniel C. Craig (*pro hac vice*)
dcraig@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000 (office)
(312) 853-7036 (fax)

ATTORNEYS FOR AVIVA LONDON ASSIGNMENT CORP., AVIVA LIFE INSURANCE COMPANY, ATHENE HOLDING LTD., ATHENE LONDON ASSIGNMENT CORP., AND ATHENE ANNUITY AND LIFE COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2015, a true and correct copy of the foregoing Corporate Disclosure Statement was served on counsel of record via the Court's CM/ECF system.

                                              */s/ Jack W. Pirozzolo*
                                              Jack W. Pirozzolo, BBO # 564879