UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN W. GRIFFITHS, on behalf of           :
himself and all others similarly situated,
                                          :
        Plaintiff,                           Civil Action
                                          :  No. 1:15-cv-13022-NMG
    v.
                                          :
AVIVA LONDON ASSIGNMENT
CORPORATION, AVIVA LIFE                   :
INSURANCE COMPANY, CGU
INTERNATIONAL INSURANCE, plc,             :
ATHENE HOLDING, LTD, ATHENE
LONDON  ASSIGNMENT                        :
CORPORATION and ATHENE
ANNUITY AND LIFE COMPANY,                 :

        Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendant Aviva International Insurance Limited (formerly CGU International Insurance, plc) in the above-captioned action.

Dated: November 16, 2015
       Boston, Massachusetts

Respectfully submitted,

 /s/ Michael S. Hines
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
michael.hines@skadden.com

Counsel for Defendant
Aviva International Insurance Limited

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 16, 2015.

Dated:  November 16, 2015

 /s/ Michael S. Hines
Michael S. Hines