UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ------------------------------ x | | |
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | | Civil Action |
| | : | No. 1:15-cv-13022-NMG |
| v. | | |
| | : | |
| AVIVA LONDON ASSIGNMENT CORPORATION, AVIVA LIFE INSURANCE COMPANY, CGU INTERNATIONAL INSURANCE, plc, ATHENE HOLDING, LTD, ATHENE LONDON ASSIGNMENT CORPORATION and ATHENE ANNUITY AND LIFE COMPANY, | : : : : | |
| Defendants. | : | |
| ------------------------------ x | | |

**DEFENDANT AVIVA INTERNATIONAL INSURANCE LIMITED'S**
**(FORMERLY CGU INTERNATIONAL INSURANCE, PLC)**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Aviva International Insurance Limited (formerly CGU International Insurance, plc) states that it is a private limited company wholly owned by Aviva plc. Aviva plc is a company organized under the laws of England and Wales, has no parent corporation, and no publicly held company owns 10% or more of Aviva plc's stock.

| | |
|---|---|
| Dated: November 16, 2015<br>Boston, Massachusetts | Respectfully submitted,<br><br> /s/ James R. Carroll<br>James R. Carroll (BBO #554426)<br>Michael S. Hines (BBO #653943)<br>Nicholas Ramacher (BBO #680258)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>michael.hines@skadden.com<br>nick.ramacher@skadden.com<br><br>Counsel for Defendant<br>Aviva International Insurance Limited |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 16, 2015.

| | |
|---|---|
| Dated: November 16, 2015 | /s/ James R. Carroll<br>James R. Carroll |