UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
JOHN W. GRIFFITHS, on behalf of           :
himself and all others similarly situated,
                                          :
            Plaintiff,                        Civil Action
                                          :   No. 1:15-cv-13022-NMG
      v.
                                          :
AVIVA LONDON ASSIGNMENT                       ORAL ARGUMENT REQUESTED
CORPORATION, AVIVA LIFE                   :
INSURANCE COMPANY, CGU
INTERNATIONAL INSURANCE, plc,             :
ATHENE HOLDING, LTD, ATHENE
LONDON  ASSIGNMENT                        :
CORPORATION and ATHENE
ANNUITY AND LIFE COMPANY,                 :

            Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**DEFENDANT AVIVA INTERNATIONAL INSURANCE LIMITED'S**
**(FORMERLY CGU INTERNATIONAL INSURANCE, PLC)**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Aviva International Insurance Limited (formerly CGU International Insurance, plc, hereinafter "CGU") hereby moves to dismiss all claims against it in the Class Action Complaint (Docket No. 1) under Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.  The grounds for this motion are set forth in the accompanying memorandum of law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), CGU respectfully requests oral argument on this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Undersigned counsel certifies that they have conferred with Plaintiff's counsel in accordance with Local Rule 7.1(A)(2) in connection with this motion.

Dated: November 16, 2015
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Michael S. Hines (BBO #653943)
Nicholas Ramacher (BBO #680258)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
michael.hines@skadden.com
nick.ramacher@skadden.com

Counsel for Defendant
Aviva International Insurance Limited

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 16, 2015.

Dated: November 16, 2015

/s/ James R. Carroll
James R. Carroll