IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. GRIFFITHS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AVIVA LIFE INSURANCE COMPANY, )<br>AVIVA LONDON ASSIGNMENT )<br>CORPORATION, AVIVA USA )<br>CORPORATION, CGU INTERNATIONAL )<br>INSURANCE, plc, ATHENE LONDON )<br>ASSIGNMENT CORPORATION and )<br>ATHENE USA CORPORATION, )<br>)<br>Defendants. )<br>_____) | Civil Action<br>No. 15-CV- 13022-NMG |

**JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT, TO SET DEADLINE FOR DEFENDANTS TO RESPOND THERETO AND WITHDRAWAL OF PENDING MOTIONS TO DISMISS WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 15(a), the parties to the within action hereby move this Court (1) to extend the time for Plaintiff John W. Griffiths to file an amended complaint in the within matter from December 7, 2015 to and including December 18, 2015, (2) to schedule the deadline for Defendants to respond thereto as January 22, 2016, and, (3) to accept the withdrawal of the pending Defendants' motions to dismiss [Doc. Nos. 20 and 22] without prejudice to re-filing in the event that Plaintiff Griffiths fails to file a timely amended complaint.  In the event that the Court does not extend the time for Griffiths to file an amended complaint and Defendants' deadline to respond thereto, Plaintiff Griffiths respectfully requests that this Court extend the time within which Griffiths may respond to Defendants' pending motions to dismiss from November 30, 2015 to and including December 18, 2015. The parties rely upon the reasons set forth below:

1.     On July 27, 2015, Plaintiff John W. Griffiths filed the within Class Action Complaint alleging various claims against Defendants arising, in essence, out of certain guaranteed annuities purchased by Griffiths and other similarly situated persons.

2.     On November 16, 2015, Defendants Aviva London Assignment Corporation, Aviva Life Insurance Company, Athene Holding, Ltd., Athene London Assignment Corporation and Athene Annuity and Life Company filed a motion to dismiss for lack of jurisdiction and for failure to state a claim.  [Doc. No. 20].

3.     On November 16, 2015, Defendant Aviva International Insurance Limited (formerly CGU International Insurance, PLC) filed a motion to dismiss for lack of personal jurisdiction.  [Doc. No. 22].  In the motion to dismiss, Defendant Aviva International Insurance Limited incorporated by reference the motion to dismiss filed by the remaining Defendants [Doc. No. 20].

4.     Pursuant to Fed. R. Civ. P. 15(a)(1)(B), in applicable part, Griffiths is permitted file an amended complaint as a matter of course within twenty-one days after "service of a motion under Rule 12(b), (e) or (f)…."

5.     Griffiths intends to file an amended complaint.  Under Fed.R.Civ.P. 15(a)(1)(B), the amended complaint is due on December 7, 2015.  The parties have agreed, subject to the Court's approval, to extend the time within which Griffiths may file his amended complaint to and including December 18, 2015.

6.     Once the amended complaint is filed, Fed.R.Civ.P. 15 provides, in applicable part, that Defendants must respond thereto within fourteen days.  The parties have agreed, subject to the Court's approval, to set the deadline for Defendants to file their respective responses to Griffith's anticipated amended complaint to and including January 22, 2016.

2

7.  Presently, Defendants' respective motions to dismiss are pending. [Doc. Nos. 20 and 22]. Pursuant to L.R. 7.1(b)(2), Griffiths is required to file his responses thereto by November 30, 2015. In light of the anticipated amended complaint, and in an effort to avoid any confusion as to whether Griffiths must file oppositions to the pending motions to dismiss (which will be mooted by the filing of the amended complaint), if the Court extends Griffiths' time to file an amended complaint and Defendants' deadline to respond thereto, the Defendants withdraw the pending motions to dismiss [Doc. Nos. 20 and 22] without prejudice to re-filing in the event that Plaintiff Griffiths fails to file a timely amended complaint. In the event that the Court does not extend the time for Griffiths to file an amended complaint and Defendants' deadline to respond thereto, Plaintiff Griffiths respectfully requests that this Court extend the time within which Griffiths may respond to Defendants' pending motions to dismiss from November 30, 2015 to and including December 18, 2015.

**WHEREFORE**, for the above reasons, the parties respectfully request that this Court GRANT the within motion and

1.  Extend the time for Plaintiff John W. Griffiths to file an amended complaint in the within matter from December 7, 2015 to and including December 18, 2015,

2.  Schedule the deadline for Defendants to respond thereto as January 22, 2016, and

3.  Accept the withdrawal of the pending Defendants' motions to dismiss [Doc. Nos. 20 and 22] without prejudice to re-filing in the event that Plaintiff Griffiths fails to file a timely amended complaint.

4.  In the event that the Court does not extend the time for Griffiths to file an amended complaint and Defendants' deadline to respond thereto, extend the time within which

Griffiths may respond to Defendants' pending motions to dismiss from November 30, 2015 to and including December 18, 2015.

Dated:  November 30, 2015

| The Plaintiff | The Defendant |
|---|---|
| John W. Griffiths<br>By His Attorneys, | Aviva International Insurance Limited<br>f/k/a CGU International Insurance, PLC<br>By Its Attorneys, |
| */s/ Jerome M. Marcus (by PJK with permission)*<br>Jerome M. Marcus, Esquire, *pro hac vice*<br>Jonathan Auerbach, *pro hac vice*<br>MARCUS & AUERBACH LLC<br>1121 N. Bethelehem Pike, Suite 60-242<br>Spring House, PA   19477<br>Telephone:  (215) 884-2250<br>Facsimile:   (888) 875-0469<br>jmarcus@marcusauerbach.com<br>auerbach@marcusauerbach.com | */s/ Michael S. Hines (by PJK with permission)*<br>James R. Carroll (BBO #554426)<br>Michael S. Hines (BBO #653943)<br>Nicholas Ramacher (BBO #680258)<br>SKADDEN, ARPS, SLATE<br>MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, MA  02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>michael.hines@skadden.com<br>nick.ramacher@skadden.com |
| */s/ Paul J. Klehm*<br>Paul J. Klehm (BBO #561605)<br>KRASNOO, KLEHM & FALKNER LLP<br>28 Andover Street, Suite 240<br>Andover, MA  01810<br>Telephone: (978) 475-9955<br>Facsimile:  (978) 474-9005<br>pklehm@kkf-attorneys.com | The Defendants<br>Aviva London Assignment Corporation,<br>Aviva Life Insurance Company,<br>Athene Holding, Ltd., Athene,<br>London Assignment Corporation, and<br>Athene Annuity and Life Company<br>By Their Attorneys,<br><br>*/s/ Hille R. Sheppard (by PJK with permission)*<br>Joel S. Feldman (*pro hac vice*)<br>Hille R. Sheppard (*pro hac vice*)<br>Daniel C. Craig (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone:  (312) 853-7000<br>Facsimile  (312) 853-7036<br>jfeldman@sidley.com<br>hsheppard@sidley.com<br>dcraig@sidley.com |

          Jack W. Pirozzolo (BBO #564879)
          60 State Street, 36th Floor
          Boston, MA  02109
          Telephone:  (617) 223-0304
          Facsimile:  (617) 223-0301

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)

I hereby certify that, on November 30, 2015, I exchanged emails with counsel in the within matter, and, as a result thereof, I am filing the within joint motion with the proper authority to sign electronically the names of counsel listed.

          */s/ Paul J. Klehm*_____
          Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants via first class mail, postage prepaid, on November 30, 2015.

          */s/ Paul J. Klehm*
          Paul J. Klehm