UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN W. GRIFFITHS, on behalf of          :
himself and all others similarly situated,
                                         :
         Plaintiff,                          Civil Action
                                         :   No. 15-13022-NMG
      v.
                                         :
AVIVA LONDON ASSIGNMENT                      ORAL ARGUMENT REQUESTED
CORPORATION, AVIVA LIFE                  :
INSURANCE COMPANY, AVIVA
INTERNATIONAL INSURANCE LTD,             :
f/k/a CGU INTERNATIONAL
INSURANCE, plc, ATHENE HOLDING,          :
LTD, ATHENE LONDON
ASSIGNMENT CORPORATION and               :
ATHENE ANNUITY AND LIFE
COMPANY,                                 :

         Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DEFENDANT AVIVA INTERNATIONAL INSURANCE LIMITED'S
(FORMERLY CGU INTERNATIONAL INSURANCE, PLC)
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Aviva International Insurance Limited (formerly CGU International Insurance, plc, hereinafter "CGU") hereby moves to dismiss all claims against it in the Amended Class Action Complaint (ECF No. 28) under Rule 12(b)(2) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in the accompanying memorandum of law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), CGU respectfully requests oral argument on this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Undersigned counsel certifies that they have conferred with Plaintiff's counsel in accordance with Local Rule 7.1(A)(2) in connection with this motion, and Plaintiff does not assent to the relief sought by this motion.

| | |
|---|---|
| Dated: January 22, 2016<br>Boston, Massachusetts | Respectfully submitted,<br><br> /s/ James R. Carroll<br>James R. Carroll (BBO #554426)<br>Michael S. Hines (BBO #653943)<br>Nicholas Ramacher (BBO #680258)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>michael.hines@skadden.com<br>nick.ramacher@skadden.com<br><br>Counsel for Defendant<br>Aviva International Insurance Limited |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 22, 2016.

| | |
|---|---|
| Dated: January 22, 2016 | /s/ James R. Carroll<br>James R. Carroll |