IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AVIVA LONDON ASSIGNMENT CORPORATION, AVIVA LIFE INSURANCE COMPANY, AVIVA INTERNATIONAL INSURANCE LTD, f/k/a CGU INTERNATIONAL INSURANCE, plc, ATHENE HOLDING, LTD, ATHENE LONDON ASSIGNMENT CORPORATION and ATHENE ANNUITY AND LIFE COMPANY,<br><br>Defendants. | Civil Action No. 15-cv-13022-NMG<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR ORAL ARGUMENT
ON THE MOTION OF CGU INTERNATIONAL INSURANCE plc
TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Plaintiff John W. Griffiths hereby moves this Court for an Order setting Oral argument on the motion of Defendant CGU International Insurance plc to Dismiss the Complaint for Lack of Personal Jurisdiction [Doc. No. 29]. Plaintiff submits that oral argument will be of assistance to the Court's in its decision on the pending motion.

In its Motion to Dismiss, CGU requested oral argument pursuant to Local Rule 7.1(D), and CGU does not oppose this Motion. The remaining Defendants take no position on this Motion.

Dated: March 11, 2016                                         Respectfully submitted,

*/s/ Jerome M. Marcus*
Jerome M. Marcus
jmarcus@marcusauerbach.com
Jonathan Auerbach
auerbach@marcusauerbach.com
Marcus & Auerbach LLC
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477
Telephone: (215) 885-2250
Facsimile: (888) 875-0469
*Admitted Pro Hac Vice*

*/s/ Paul J. Klehm*
Paul J. Klehm (BBO#561605)
pklehm@kkf-attorneys.com
Benjamin L. Falkner (BBO#667951)
bfalkner@kkf-attorneys.com
Krasnoo, Klehm & Falkner LLP
28 Andover Street, Suite 240
Andover, MA 01810
Telephone: (978) 475-9955
Facsimile: (978) 474-9005

*Attorneys for Plaintiff and putative Class*

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)**

I, Jerome M. Marcus, hereby certify that, on March 9, 2016, I sent an email to counsel to Defendants regarding the within motion in a good faith effort to resolve the issue. In an email response dated March 9, 2016, Attorney Hines, counsel to CGU, noted that CGU had requested a hearing in its papers., and that his client would not oppose. In an email response dated March 9, 2016, Attorney Hille Sheppard, counsel to the remaining Defendants, wrote that her client takes no position on the motion.

*/s/Jerome M. Marcus*_____
Jerome M. Marcus

3

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on March 11, 2016.

*/s/Jerome M. Marcus*
Jerome M. Marcus