UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN W. GRIFFITHS, on behalf of :
himself and all others similarly situated,
 :
        Plaintiff,        Civil Action
                :   No. 15-13022-NMG
   v.
 :
AVIVA LONDON ASSIGNMENT
CORPORATION, AVIVA LIFE :
INSURANCE COMPANY, AVIVA
INTERNATIONAL INSURANCE LTD, :
f/k/a CGU INTERNATIONAL
INSURANCE, plc, ATHENE HOLDING, :
LTD, ATHENE LONDON
ASSIGNMENT CORPORATION and :
ATHENE ANNUITY AND LIFE
COMPANY, :

        Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF APPEARANCE OF NICHOLAS RAMACHER

       PLEASE TAKE NOTICE that pursuant to Local Rule 83.5.2(c) of the Local Rules of the United States District Court for the District of Massachusetts, Nicholas Ramacher hereby withdraws his appearance as counsel of record for Defendant Aviva International Insurance Limited (formerly CGU International Insurance, plc) ("CGU") in the above-captioned action.

       PLEASE TAKE FURTHER NOTICE that Attorneys James R. Carroll and Michael S. Hines of Skadden, Arps, Slate, Meagher & Flom LLP have appeared for and continue to represent CGU in the above-captioned action.

| | |
|---|---|
| Dated: April 11, 2016<br>Boston, Massachusetts | Respectfully submitted,<br><br> /s/ Nicholas Ramacher<br>Nicholas Ramacher (BBO #680258)<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>nick.ramacher@skadden.com<br><br>Counsel for Defendant<br>Aviva International Insurance Limited |

### CERTIFICATE OF SERVICE

       I, Nicholas Ramacher, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 11, 2016.

| | |
|---|---|
| Dated: April 11, 2016 | /s/ Nicholas Ramacher<br>Nicholas Ramacher |