IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AVIVA LONDON ASSIGNMENT CORPORATION, AVIVA LIFE INSURANCE COMPANY, AVIVA INTERNATIONAL INSURANCE LTD, f/k/a CGU INTERNATIONAL INSURANCE, plc, ATHENE HOLDING, LTD, ATHENE LONDON ASSIGNMENT CORPORATION and ATHENE ANNUITY AND LIFE COMPANY,<br><br>Defendants. | Civil Action No. 15-cv-13022-NMG<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION TO ENLARGE TIME TO SUBMIT
SETTLEMENT PROPOSAL AND TO EXTEND TIME FOR DEFENDANTS TO
<u>RESPOND ACCORDINGLY</u>**

Plaintiff John W. Griffiths hereby moves this Court to extend the time within which Plaintiff may submit a settlement proposal to Defendants pursuant to L.R. 16.1(C) from June 30, 2016 to and including September 30, 2016, and to extend the time within which Defendants may respond thereto until October 14, 2016, where, in light of the nature of the case (a proposed class action) and the fact that the parties have yet to engage in discovery, Plaintiff is unable to formulate a demand at this point. Plaintiff anticipates that, after receiving initial disclosures and engaging in discovery over the next few months, Plaintiff will be in a position to make an initial demand, even though that demand will be issued after the Rule 16 conference in this matter.

Plaintiff alerted Defendants' counsel of this situation yesterday. In response thereto, Defendant CGU kindly noted, in essence, that while it did not oppose Plaintiff's request to delay making a settlement demand until after Plaintiff has obtained sufficient information through discovery, CGU could not, on its own, waive Plaintiff's compliance with L.R. 16.1(c). As a result, and out of an abundance of caution, Plaintiff asks this Court to extend the time within which Plaintiff may submit a settlement proposal to Defendants from June 30, 2016 to and including September 30, 2016, and to extend the time within which Defendants may respond thereto until October 14, 2016.

**WHEREFORE**, for the above reasons, Plaintiff respectfully requests that this Court GRANT the within motion and extend the time within which Plaintiff may submit a settlement proposal to Defendants from June 30, 2016 to and including September 30, 2016, and to extend the time within which Defendants may respond thereto until October 14, 2016.

Dated: June 30, 2016                    Respectfully submitted,

/s/Jerome M. Marcus
Jerome M. Marcus
jmarcus@marcusauerbach.com
Jonathan Auerbach
auerbach@marcusauerbach.com
Marcus & Auerbach LLC
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477
Telephone: (215) 885-2250
Facsimile: (888) 875-0469
*Admitted Pro Hac Vice*

                                        */s/ Paul J. Klehm*
Paul J. Klehm (BBO#561605)
pklehm@kkf-attorneys.com
Benjamin L. Falkner (BBO#667951)
bfalkner@kkf-attorneys.com
Krasnoo, Klehm & Falkner LLP
28 Andover Street, Suite 240
Andover, MA 01810
Telephone: (978) 475-9955
Facsimile: (978) 474-9005

*Attorneys for Plaintiff and putative Class*

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

I, Paul J. Klehm, hereby certify that, on June 30, 2016 at 4:21 p.m. I forwarded the within motion to counsel of record via email. I received immediate "out of office" replies from Attorneys Feldman and Sheppard, counsel to Aviva Life Insurance Company, Athene Holding, Ltd., Athene London Assignment Corporation and Athene Annuity and Life Company. At approximately 4:35 p.m. and 4:52 p.m., I spoke by telephone with Attorney Jack Pirozzolo, local counsel to Aviva Life Insurance Company, Athene Holding, Ltd., Athene London Assignment Corporation and Athene Annuity and Life Company. Attorney Pirozzolo told me that his clients do not oppose the within motion.

At approximately 4:59 p.m., Attorney Hines, counsel to Defendant Aviva International Insurance Limited f/k/a CGU International Insurance, PLC, informed me via email that his client assents.

                                        */s/ Paul J. Klehm*
Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on June 30, 2016.

                                        */s/Paul J. Klehm*
Paul J. Klehm