# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| AVIVA LONDON ASSIGNMENT CORPORATION, AVIVA LIFE INSURANCE COMPANY, CGU INTERNATIONAL INSURANCE, plc, ATHENE HOLDING, LTD, ATHENE LONDON ASSIGNMENT CORPORATION and ATHENE ANNUITY AND LIFE COMPANY, | )  Civil Action No. 1:15-cv-13022-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT STATEMENT

Pursuant to the Court's Order of June 6, 2016 (Dkt. 48) and Local Rule 16.1, Plaintiff John W. Griffiths ("Plaintiff") and Defendants Aviva London Assignment Corporation, Aviva Life Insurance Company, CGU International Insurance plc, Athene Holding Ltd., Athene London Assignment Corporation, and Athene Annuity and Life Company (collectively, "Defendants," and collectively with Plaintiff, the "Parties") hereby submit a joint statement that contains a joint discovery plan and proposed schedule for the filing of motions, that addresses other discovery matters, and that contains the Parties' position on trial by magistrate judge. Certifications signed by counsel for and an authorized representative of each party confirming that each party and that party's counsel have conferred on the subjects set forth in Local Rule 16.1(D)(3) are being filed contemporaneously with this joint statement.

**I.  JOINT DISCOVERY PLAN AND SCHEDULE FOR FILING OF MOTIONS**

The parties jointly propose the following dates for discovery events and filing of motions:

1

    A.    The Parties will serve initial Rule 26 disclosures by **July 12, 2016**.

    B.    The Parties will serve initial written discovery requests by **August 15, 2016**.

    C.    All fact discovery will be completed by, and fact discovery will close on, **March 17, 2017**.

    D.    Plaintiff will disclose any experts, serve any expert reports, and file a motion seeking class certification by **May 17, 2017**.

    E.    Defendants will disclose any experts, serve any expert reports, and file a response to the motion seeking class certification by **July 17, 2017**.

    F.    Plaintiff will file a reply in support of the motion seeking class certification by **September 18, 2017**.

    G.    The Parties respectfully request that the Court schedule a second scheduling conference within 30 days after it issues a decision on Plaintiff's motion seeking class certification to address remaining pretrial matters.

## II. OTHER DISCOVERY MATTERS

    A.    Number of Depositions

Local Rule 26.1(c) limits "the number of discovery events for each side (or group of parties with a common interest) to ten (10) depositions." Plaintiff requests that the Court strike this limitation and allow each side to take a total of 70 hours of deposition testimony without any limit on the number of deponents. Defendants oppose Plaintiff's request and request that the Court not amend the limitation on the number of depositions set forth in Local Rule 26.1(c).

    B.    Number of Interrogatories and Requests for Production

Local Rule 26.1(c) also limits "the number of discovery events for each side (or group of parties with a common interest to . . . twenty-five (25) interrogatories . . . and two (2) separate sets of requests for production" Plaintiff requests that the Court order that each side be permitted

to serve up to fifty interrogatories and three sets of requests for production.  Defendants oppose Plaintiff's request and request that the Court not amend the limitation on the number of interrogatories and sets of requests for production that the parties may serve.

### III.     MAGISTRATE JUDGE

The Parties do not consent to trial by magistrate judge.

### IV.     LOCAL RULE 16.1 CERTIFICATIONS

The Parties' certifications pursuant to Local Rule 16.1(d)(3) are being submitted contemporaneously with this joint statement.

                                        Respectfully submitted,

Dated:  July 7, 2016

| | |
|---|---|
| By:  /s/ Jerome M. Marcus<br>Jerome M. Marcus<br><br>MARCUS & AUERBACH, P.C.<br><br>Jerome M. Marcus (*pro hac vice*)<br>jmarcus@marcusauerbach.com<br>Jonathan Auerbach<br>auerbach@marcusauerbach.com<br>1121 N. Bethlehem Pike<br>Suite 60-242<br>Spring House, PA 19477<br>Telephone:  (215) 885-2250<br>Facsimile:  (888) 875-0469<br><br>KRASNOO KLEHM LLP<br><br>Paul J. Klehm<br>pklehm@kkf-attorneys.com<br>28 Andover Street<br>Suite 240<br>Andover, MA 01810<br>Telephone:  (978) 475-9955<br>Facsimile:  (978) 474-9005<br><br>*Attorneys for Plaintiff*<br><br>By:  /s/ James R. Carroll<br>James R. Carroll<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>James R. Carroll (BBO #554426)<br>James.Carroll@skadden.com<br>Michael S. Hines (BBO #653493)<br>Michael.Hines@skadden.com<br>500 Boylston St.<br>Boston, MA 02116<br>Telephone:  (617) 573-4800<br>Facsimile:  (617) 573-4822<br><br>*Attorneys for Defendant CGU International Insurance plc* | By:  /s/ Joel S. Feldman<br>Joel S. Feldman<br><br>SIDLEY AUSTIN LLP<br><br>Joel S. Feldman (*pro hac vice*)<br>jfeldman@sidley.com<br>Hille R. Sheppard (*pro hac vice*)<br>hsheppard@sidley.com<br>Daniel C. Craig (*pro hac vice*)<br>dcraig@sidley.com<br>One South Dearborn Street<br>Chicago, Illinois  60603<br>Telephone:  (312) 853-7000<br>Facsimile:  (312) 853-7036<br><br>Jack W. Pirozzolo, BBO # 564879<br>jpirozzolo@sidley.com<br>60 State Street, 36th Floor<br>Boston, Massachusetts 02109<br>Telephone: (617) 223-0304<br>Facsimile: (617) 223-0301<br><br>*Attorneys for Defendants Aviva London Assignment Corporation, Aviva Life Insurance Company, Athene Holding Ltd., Athene London Assignment Corporation, and Athene Annuity and Life Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2016, a true and correct copy of the foregoing was served on counsel of record via the Court's CM/ECF system.

/s/ Daniel C. Craig
Daniel C. Craig