# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AVIVA LONDON ASSIGNMENT )<br>CORPORATION, AVIVA LIFE )<br>INSURANCE COMPANY, CGU )<br>INTERNATIONAL INSURANCE, plc, )<br>ATHENE HOLDING, LTD, ATHENE )<br>LONDON ASSIGNMENT CORPORATION )<br>and ATHENE ANNUITY AND LIFE )<br>COMPANY, )<br>)<br>Defendants. ) | Civil Action No. 1:15-cv-13022-NMG |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Defendants Athene Holding Ltd., Athene London Assignment Corporation, and Athene Annuity and Life Company,[1] and their counsel, hereby certify that they have conferred (i) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

---

[1] Defendant Aviva London Assignment Corporation is now known as Athene London Assignment Corporation. Defendant Aviva Life Insurance Company is now known as Athene Annuity and Life Company.

Dated:  July 7, 2016                                Respectfully submitted,

By:/s/ Joel S. Feldman
Joel S. Feldman

SIDLEY AUSTIN LLP

Joel S. Feldman (*pro hac vice*)
jfeldman@sidley.com
Hille R. Sheppard (*pro hac vice*)
hsheppard@sidley.com
Daniel C. Craig (*pro hac vice)*
dcraig@sidley.com
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Jack W. Pirozzolo, BBO # 564879
jpirozzolo@sidley.com
60 State Street, 36th Floor
Boston, Massachusetts 02109
Telephone: (617) 223-0304
Facsimile: (617) 223-0301

*Attorneys for Defendants Aviva London Assignment Corporation, Aviva Life Insurance Company, Athene Holding Ltd., Athene London Assignment Corporation, and Athene Annuity and Life Company*

Athene Annuity and Life Company and Athene London Assignment Corporation

By: /s/ Christian S. Walker
Christian S. Walker
Vice President – Litigation
Athene USA Corporation

Athene Holding Ltd.

By: /s/ Tab Shanafelt
Tab Shanafelt
Senior Vice President, Legal & Corporate Secretary
Athene Holding Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, a true and correct copy of the foregoing was served on counsel of record via the Court's CM/ECF system.

/s/ Daniel C. Craig
Daniel C. Craig