UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN W. GRIFFITHS, on behalf of            :
himself and all others similarly situated,
                                           :
          Plaintiff,                          Civil Action
                                           :  No. 15-13022-NMG
     v.
                                           :
AVIVA LONDON ASSIGNMENT
CORPORATION, AVIVA LIFE                    :
INSURANCE COMPANY, AVIVA
INTERNATIONAL INSURANCE LTD,               :
f/k/a CGU INTERNATIONAL
INSURANCE, plc, ATHENE HOLDING,            :
LTD, ATHENE LONDON
ASSIGNMENT CORPORATION and                 :
ATHENE ANNUITY AND LIFE
COMPANY,                                   :

          Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DEFENDANT AVIVA INTERNATIONAL INSURANCE LIMITED'S (FORMERLY CGU INTERNATIONAL INSURANCE, PLC) LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and defendant Aviva International Insurance Limited (formerly CGU International Insurance, plc, hereinafter "CGU") have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| Dated: July 7, 2016<br>        Boston, Massachusetts | Respectfully submitted, |
| /s/ Neil Harrison<br>Neil Harrison<br>General Counsel, Group and Asia<br>Aviva plc<br>St. Helens<br>1 Undershaft<br>London EC3P 3DQ | /s/ James R. Carroll<br>James R. Carroll (BBO #554426)<br>Michael S. Hines (BBO #653943)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>michael.hines@skadden.com<br><br>Counsel for Defendant<br>Aviva International Insurance Limited |

### CERTIFICATE OF SERVICE

I, Michael S. Hines, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 7, 2016.

Dated: July 7, 2016                             /s/ Michael S. Hines
                                                                Michael S. Hines