IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AVIVA LONDON ASSIGNMENT CORPORATION, AVIVA LIFE INSURANCE COMPANY, AVIVA INTERNATIONAL INSURANCE LTD, f/k/a CGU INTERNATIONAL INSURANCE, plc, ATHENE HOLDING, LTD, ATHENE LONDON ASSIGNMENT CORPORATION and ATHENE ANNUITY AND LIFE COMPANY,<br><br>Defendants. | Civil Action No. 15-cv-13022-NMG |

**PLAINTIFF JOHN W. GRIFFITHS' CERTIFICATION
PURSUANT TO L.R. 16(1)(D)(3)**

I, John W. Griffiths, hereby certify that I have conferred and discussed the establishment of a budget for the course of conducting the full course – and various alternative courses – of the litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution with my counsel, Attorney Jerome M. Marcus.

Dated:  July 7, 2016            */s/ John W. Griffiths*_____
                                                  John W. Griffiths
                                                  Plaintiff

Dated:  July 7, 2016            */s/ Jerome M. Marcus    (by PJK with permission)*
                                                  Jerome M. Marcus, *pro hac vice*
                                                  Counsel to Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants via first class mail, postage prepaid, on July 7, 2016.

*/s/ Paul J. Klehm*_____
Paul J. Klehm