UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

JOHN W. GRIFFITHS, on behalf )
of himself and all others similarly )
situated, )
　)
    Plaintiff, )
　)
v. )
　) Civil Docket for Case:  1:15-cv-13022-NMG
AVIVA LONDON ASSIGNMENT )
CORPORATION, AVIVA LIFE INSURANCE )
COMPANY, CGU INTERNATIONAL )
INSURANCE, plc, ATHENE HOLDING, LTD, )
ATHENE LONDON ASSIGNMENT, )
CORPORATION and ATHENE ANNUITY )
AND LIFE COMPANY, )
　)
    Defendants. )
_____

## NOTICE OF APPEARANCE

  The undersigned, Kathryn Alessi of Sidley Austin LLP, hereby gives notice of her appearance as counsel for the Defendants, Aviva London Assignment Corp., Aviva Life Insurance Company, Athene Holding, Ltd., Athene London Assignment Corp. and Athene Annuity and Life Company.

Dated:  July 14, 2016      Respectfully submitted,


                */s/ Kathryn L. Alessi*
                Kathryn L. Alessi, BBO #651110
                Sidley Austin LLP
                60 State Street
                36th Floor
                Boston, MA  02109
                Phone: (617) 223-0300
                kalessi@sidley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2016, a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF system.

                                                  */s/ Kathryn L. Alessi*
                                                  Kathryn L. Alessi