IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) | Civil Action No. 15-cv-13022-NMG |
| v. | ) ) | |
| AVIVA LONDON ASSIGNMENT CORPORATION, AVIVA LIFE INSURANCE COMPANY, AVIVA INTERNATIONAL INSURANCE LTD, f/k/a CGU INTERNATIONAL INSURANCE, plc, ATHENE HOLDING, LTD, ATHENE LONDON ASSIGNMENT CORPORATION and ATHENE ANNUITY AND LIFE COMPANY, | ) ) ) ) ) ) ) ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## [corrected] PLAINTIFF'S AGREED MOTION TO ENLARGE TIME TO SUBMIT SETTLEMENT PROPOSAL AND TO EXTEND TIME FOR DEFENDANTS TO <u>RESPOND ACCORDINGLY</u>

Plaintiff John W. Griffiths hereby moves this Court to extend the time within which Plaintiff may submit a settlement proposal to Defendants pursuant to L.R. 16.1(C) from September 30, 2016 to and including December 31, 2016, and to extend the time within which Defendants may respond thereto until January 16, 2017, where, in light of the nature of the case (a proposed class action) and the fact that the parties have just begun to engage in discovery, Plaintiff is unable to formulate a demand at this point.

Defendants' Initial Disclosures have been produced, and their responses to Plaintiffs' First Set of Document Requests are due October 3, 2016.  Plaintiffs anticipate that the

information contained in these productions will provide the basis upon which a settlement demand can be made.

Plaintiff has conferred with counsel for all Defendants, and all have agreed to this Motion.

**WHEREFORE**, for the above reasons, Plaintiff respectfully requests that this Court GRANT the within motion and extend the time within which Plaintiff may submit a settlement proposal to Defendants from September 30, 2016 to and including December 31, 2016, and to extend the time within which Defendants may respond thereto until January 16, 2017.

Dated:  September 30, 2016                                            Respectfully submitted,

*/s/Jerome M. Marcus*
Jerome M. Marcus
jmarcus@marcusauerbach.com
Jonathan Auerbach
auerbach@marcusauerbach.com
Marcus & Auerbach LLC
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477
Telephone: (215) 885-2250
Facsimile: (888) 875-0469
*Admitted Pro Hac Vice*

*/s/Paul J. Klehm*
Paul J. Klehm (BBO#561605)
pklehm@kkf-attorneys.com
Benjamin L. Falkner (BBO#667951)
bfalkner@kkf-attorneys.com
Krasnoo, Klehm & Falkner LLP
28 Andover Street, Suite 240
Andover, MA 01810
Telephone: (978) 475-9955
Facsimile: (978) 474-9005

*Attorneys for Plaintiff and putative Class*

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

I, Jerome M. Marcus, hereby certify that on September 28, 2016, I conferred by telephone with Joel Feldman, counsel to the AVIVA Defendants, and on September 29, 2016 with Michael Hines, counsel for CGU, in a good faith effort to resolve the within matter. Both of them informed me by email that they agreed to the within motion.

/s/ Jerome M. Marcus
Jerome M. Marcus

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on September 30, 2016.

/s/Jerome M. Marcus
Jerome M. Marcus