EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AVIVA LONDON ASSIGNMENT CORPORATION, AVIVA LIFE INSURANCE COMPANY, AVIVA INTERNATIONAL INSURANCE LTD, f/k/a CGU INTERNATIONAL INSURANCE, plc, ATHENE HOLDING, LTD, ATHENE LONDON ASSIGNMENT CORPORATION and ATHENE ANNUITY AND LIFE COMPANY,<br><br>Defendants. | Civil Action No. 15-cv-13022-NMG<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## DECLARATION OF JEROME M. MARCUS

I, Jerome M. Marcus, hereby declare as follows:

I am one of the counsel for Plaintiff in this case. I make this Declaration in support of Plaintiff's Motion for Class Certification on the basis of personal knowledge. Attached hereto is a true and correct copy of the following documents as exhibits in support of this motion:

1. Attached hereto as Exhibit 1 is the expert report of Stephen J. Scherf.

2. Attached hereto as Exhibit 2 is the 2002 Capital Maintenance Agreement.

3. Attached hereto as Exhibit 3 is the 2003 Capital Maintenance Agreement.

4. Attached hereto as Exhibit 4 is the expert report of Linda Kaiser Conley.

5. Attached hereto as Exhibit 5 are the Answers and Responses of Defendant Athene to Plaintiff's First Set of Interrogatories.

6. Attached hereto as Exhibit 6 are excerpts from the deposition of Debra Fickett-Wilbar.

7. Attached hereto as Exhibit 7 are excerpts from the deposition of Richard Kypta.

8. Attached hereto as Exhibit 8 is the Richard Kypta deposition exhibit 5.

9. Attached hereto as Exhibit 9 is document ATH_00005151.

10. Attached hereto as Exhibit 10 is document ATH_00005152-5153.

11. Attached hereto as Exhibit 11 are excerpts from the deposition of Kirsty Cooper.

12. Attached hereto as Exhibit 12 is the Richard Kypta deposition exhibit 2

13. Attached hereto as Exhibit 13 is document ATH_00025054.

14. Attached hereto as Exhibit 14 is document GRIFF00052.

15. Attached hereto as Exhibit 15 are excerpts from the deposition of Dona Hanaike.

16. Attached hereto as Exhibit 16 is document ATH_00005586.

17. Attached hereto as Exhibit 17 is the Acknowledgment of Termination of 2002 Capital Maintenance Agreement.

18. Attached hereto as Exhibit 18 is the Acknowledgment of Termination of 2003 Capital Maintenance Agreement.

19. Attached hereto as Exhibit 19 are excerpts from the deposition of Neil Harrison.

20. Attached hereto as Exhibit 20 is document GRIFF000119.

21. Attached hereto as Exhibit 21 is document GRIFF000122-123.

22. Attached hereto as Exhibit 22 is Firm Resume of Marcus & Auerbach LLC.

23. Attached hereto as Exhibit 23 is Firm Resume of Krasnoo, Klehm & Faulkner LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 4, 2017                    */s/Jerome M. Marcus*
                                         Jerome M. Marcus