IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. GRIFFITHS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AVIVA LONDON ASSIGNMENT CORPORATION, AVIVA LIFE INSURANCE COMPANY, AVIVA INTERNATIONAL INSURANCE LTD, f/k/a CGU INTERNATIONAL INSURANCE, plc, ATHENE HOLDING, LTD, ATHENE LONDON ASSIGNMENT CORPORATION and ATHENE ANNUITY AND LIFE COMPANY,<br><br>Defendants. | Civil Action No. 15-cv-13022-NMG<br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR LEAVE TO SUBMIT UNDER SEAL
PORTIONS OF TWO EXHIBITS TO THE DECLARATION OF JEROME M. MARCUS**

The parties hereby move this Court pursuant to L.R. 7.2 for leave to submit under seal portions of Exhibits 1 and 4 to the Declaration of Jerome M. Marcus (hereinafter, "Decl. Marcus") that were submitted as a part of Plaintiff's motion for class certification. [Doc 85]. Plaintiff has filed redacted versions of those two exhibits in the public record. [No. 84].

As grounds for this motion, the parties state as follows:

1. Before submitting his motion for class certification, and as the parties had agreed, Plaintiff afforded Defendants an opportunity to review the materials Plaintiff intended to submit to the Court and inform Plaintiff as to which materials Defendants considered to be confidential and governed by the Confidentiality Order in force in this case. [Doc. Nos. 58, 59, 60, 83].

*Motion allowed. /s/ NM Gorton, USDJ 9/22/17*